EXHIBIT A



# Yeshiva University

**Chaim Nissel, Psy.D.**
**Vice Provost for Student Affairs**
Rubin Hall, Room 110, 500 West 185th Street, New York, NY 10033
P: 646.592.4201  drnissel@yu.edu

May 26, 2021

Ms. **REDACTED**

Delivered by email to. **REDACTED**

Dear Ms. **REDACTED**

As you know, the University conducted an investigation of the complaint that you filed against your fellow Yeshiva University student, **REDACTED**, alleging that he engaged in behavior (namely Sexual Assault) that violates the University's Non-Discrimination & Anti-Harassment Policy.

After an extensive investigation, it has been determined that the evidence does not support a finding that **REDACTED** violated the Policy.

If you would like to appeal the finding, please submit your request for an appeal to me by June 1, 2021. The request must consist of a plain, concise, and complete written statement outlining the grounds for the appeal. The possible grounds for an appeal (and process) are set forth in the Policy. (See Appendix C.I. – Formal Resolution of Complaints Not Involving Title IX Sexual Harassment (FOR COMPLAINTS INVOLVING SEX/SEX-BASED DISCRIMINATION, SEXUAL HARASSMENT, SEXUAL ABUSE/ASSAULT, STALKING, DOMESTIC VIOLENCE AND DATING VIOLENCE INVOLVING STUDENTS), pp. 35 – 39, available at https://www.yu.edu/student-life/resources-and-services/Standards-Policies.)

A letter similar to this one will be sent to **REDACTED** to apprise him of the finding.

As a reminder, the Policy prohibits retaliation against any individual who has participated in the investigation of a complaint, even if the complaint is unsubstantiated. Violations of this prohibition will be addressed through the process outlined within the Policy and/or through any other University disciplinary procedures.

If you have any questions, please feel free to contact me at 646-592-4201 or via email at drnissel@yu.edu.

Sincerely,

*[signature]*

Chaim Nissel, Psy.D.
Vice Provost for Student Affairs

cc: Dov Kesselman
    Emily Miller