# EXHIBIT G



April 29, 2021

Dear Student,

In an effort to permit an expedient and thorough review of the confidential Investigation Report concerning the complaint filed by Ms. **Redacted** against Mr. **Redacted** under the University's Non-Discrimination and Anti-Harassment Policy, we have agreed to provide you with a watermarked-copy of the Report pursuant to the following terms:

    1) You (and your advisor, if applicable) agree to keep confidential and not disclose the Report and all information/documents/evidence accompanying or contained within the Report. While you may review and discuss the substance and conclusions contained within the Report with your advisor, and possibly with your parent(s), all such persons must likewise agree to keep confidential and not disclose the Report and all information/documents/evidence accompanying or contained with the Report to any other party.

    2) You must destroy the Report within five (5) business days of the final disposition of the complaint. Copying or publishing any part of the Report (or the information/documents/evidence contained therein) is strictly prohibited. This includes but is not limited to: audiotaping, streaming, photographing, scanning, transcribing, or any other method of reproduction that conflicts with the spirit of this agreement. You must provide a written confirmation to Dr. Chaim Nissel within five (5) business days that you have destroyed the Report and all accompanying information/documents/evidence.

    3) If you (or your advisor or your parent(s)) disclose any of the Report or any information/documents/evidence accompanying or contained therein to any other party or otherwise violate any provision of this agreement, you may face disciplinary action from the University. You agree that you will be responsible for any disclosure by your advisor or your parents (if you chose to disclose the report to them) as if you had disclosed it yourself.

    4) Nothing in this agreement prohibits you from obtaining the assistance or support of family members, counselors, therapists, clergy, doctors, attorneys, or similar resources; nor does it prevent you from discussing the incident itself and your experiences.

By signing below you agree to accept and abide by these conditions:

AGREED AND ACKNOWLEDGED:

Sign Name: __**NAME REDACTED**__

Print Name: __**NAME REDACTED**__

Print Date: __April 29, 2021__