UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JANE DOE,

                    Plaintiffs,                    22-cv-5405(PKC)

    -against-                                  ORDER

YESHIVA UNIVERSITY, et al,

                    Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff, represented by counsel, alleges that she was a victim of horrific crime, a rape, occurring on January 24, 2021. The complaint spans 137 pages plus 82 pages of exhibits and 467 paragraphs of allegations. It is replete with unnecessary evidentiary detail.

        Rule 8(a)(2) Fed. R. Civ. P., commands that a pleading contain "short and plain statement of the claim showing that the pleader is entitled to relief. . . ." A statement of claim "should be short because unnecessary prolixity in a pleading places an unjustified burden on the court and the party who must respond to it because they are forced to select the relevant material from a mass of verbiage" Salahuddin v. Cuomo, 861 F.2d 40, 41–42 (2d Cir. 1988) (citation quotation marks, and alteration omitted). See Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir.1995); Doe v. Washington Post Co., 12 Civ. 5054, 2012 WL 3641294, at *2 (S.D.N.Y. Aug. 24, 2012); In re Merrill Lynch & Co., Inc. Research Reports Sec. Litig., 218 F.R.D. 76, 78 (S.D.N.Y. 2003).

        Let the plaintiff show cause in writing by July 12, 2022 why the complaint ought not be dismissed with leave to replead for failure to comply with Rule 8(a)(2).

Separately, plaintiff filed her complaint using a pseudonym without first seeking leave to do so. The proper procedure is to file the complaint naming the plaintiff under seal (SDNY Electronic Case Filing Rules & Instructions at 6.14) with a motion to proceed by pseudonym. See Rule 10(a)("The title of the complaint must name all the parties. . . .") See, e.g. Doe v. City of New York, 201 F.R.D. 100, 100 (S.D.N.Y. 2001). Plaintiff shall correct this deficiency by July 12, 2022.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
June 28, 2022