*Kevin T. Mulhearn, P.C.*
*60 Dutch Hill Road, Suite 6B*
*Orangeburg, New York 10962*
*(845) 222-8092*
*kmulhearn@ktmlaw.net*

**VIA ECF ONLY**

July 11, 2022

Hon. P. Kevin Castel
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     **Jane Doe v. Yeshiva University, et al..: Case No:   1-22-cv-05405-PKC**

Dear Judge Castel:

Please be advised that Plaintiff, "JANE DOE," will be filing an Amended Complaint as of right on or before Friday, July 15, 2022.   This Amended Complaint will identify Plaintiff by her real name.   The Amended Complaint will, *inter alia*, remove any and all redundant or irrelevant paragraphs from the original pleading.

Prior to or contemporaneously with the filing of the Amended Complaint, Plaintiff will also file a motion with the Court to proceed by a pseudonym, "JANE DOE."

[ Please confirm that the proposed timetable for Plaintiff's filing of the above-referenced documents is acceptable to Your Honor and will be deemed in compliance with the Court's June 28, 2022 Order. ]

Thank you for your consideration.

Very best regards,
*Kevin T. Mulhearn /S*
KEVIN THOMAS MULHEARN

KTM/mmi

> Application DENIED.  The Court does not render advisory opinions.
> SO ORDERED.
> Dated:  7/12/2022
>
> *P. Kevin Castel*
> United States District Judge

1 | P a g e