*[Handwritten annotation: "Motion is provisionally GRANTED. SO ORDERED /s/ P. Kevin Castel USDJ 7-13-22"]*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JANE DOE (A PSEUDONYM),

    Plaintiff,

—against—

YESHIVA UNIVERSITY, et al.,

    Defendants.

---------------------------------------------------------------x

Civil Action No.:
1:22-cv-05405-PKC

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS "UNDER SEAL" AND FOR LEAVE TO PROCEED IN THIS ACTION UNDER A PSEUDONYM**

**PLEASE TAKE NOTICE** that, upon the June 28, 2022 Order of this Court (ECF No. 8), Plaintiff's Memorandum of Law, dated July 12, 2022, the Declaration of Kevin T. Mulhearn, dated July 12, 2022, together with Exhibits "A" and "B" thereto, the Complaint, filed June 28, 2022 (ECF No. 3), and all prior pleadings and proceedings herein, Plaintiff, JANE DOE, will move before this Court, at a date and time to be designated by the Court, before the Honorable P. Kevin Castel, District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order: (a) granting Plaintiff permission to file her Amended Complaint, dated July 12, 2022, and Affidavit in Support of this Motion, sworn to on July 12, 2022 (Ex. "A" to Mulhearn Decl.), "Under Seal," and (b) pursuant to Federal Rules of Civil Procedure 10(a) and 26(c)(1), granting Plaintiff's motion for leave for Plaintiff to proceed in this action under a pseudonym, "JANE DOE," pursuant to an appropriate Protective Order (*see* Ex. B to Mulhearn Decl.); and (c) granting Plaintiff any other, different, or further relief to which this Court may seem just, proper, or necessary.

Dated: July 12, 2022
      Orangeburg, New York         Respectfully submitted,

**KEVIN T. MULHEARN, P.C.**

*Kevin T. Mulhearn /S*
_____
By: Kevin T. Mulhearn (KM 2301)

60 Dutch Hill Road, Suite 6B
Orangeburg, New York 10962
(845) 222-8092
kmulhearn@ktmlaw.net

***Attorneys for Plaintiff, JANE DOE***