UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| JANE DOE, | : |
| | : No. 1:22-CV-05405-PKC-KHP |
| Plaintiff, | : |
| | : |
| -against- | : **DECLARATION OF DANIELLE** |
| | : **C. LESSER IN SUPPORT OF** |
| YESHIVA UNIVERSITY, ANDREW "AVI" LAUER, | : **YESHIVA UNIVERSITY,** |
| ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP, | : **ANDREW "AVI" LAUER AND** |
| DOV KESSELMAN, ESQ., AND EMILY MILLER, | : **CHAIM NISSEL'S RESPONSE** |
| ESQ. | : **TO PLAINTIFF'S MOTION TO** |
| | : **PROCEED IN THIS ACTION** |
| Defendants. | : **UNDER A PSEUDONYM** |

------------------------------------------------------------------ X

DANIELLE C. LESSER declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law in the State of New York and a member of Morrison Cohen LLP, counsel for Defendants Yeshiva University, Andrew "Avi" Lauer, Esq., and Chaim Nissel (the "Yeshiva Defendants"). In my capacity as counsel for the Yeshiva Defendants, I am fully familiar with the facts of this matter. I respectfully submit this declaration in support of the Yeshiva Defendant's Response to Plaintiff's Motion for Leave to Proceed in This Action Under a Pseudonym.

2. Plaintiff is represented in this action by Kevin T. Mulhearn of Mulhearn Law. Mulhearn has a website accessible at the address https://mulhearnlaw.com/.

3. The home page of mulhearnlaw.com discusses some of Mulhearn's cases, including this matter and an unrelated matter that involves the Yeshiva University High School for Boys in Manhattan. A true and correct copy of the home page of mulhearnlaw.com as of November 17, 2022 is attached hereto as **Exhibit 1.**

4.     After filing the Amended Complaint, Plaintiff's counsel issued a press release dated June 27, 2022 that is available through his website. A true and correct copy of the press release is attached hereto as **Exhibit 2.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2022
       New York, New York

             /s/ Danielle C. Lesser
            Danielle C. Lesser
            Jaimie Fitzgerald
            909 Third Avenue
            New York, New York 10022
            Tel: (212) 735-8675
            Fax: (917) 522-3170
            dlesser@morrisoncohen.com
            jfitzgerald@morrisoncohen.com

            *Attorneys for Defendants*
            *Yeshiva University, Andrew "Avi" Lauer,*
            *and Chaim Nissel*