1 | P a g e

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE (A PSEUDONYM),
WHOSE REAL NAME IS REDACTED,

                    Plaintiff,                    No.: 1:22-cv-05405-PKC-KHP

   —against—

YESHIVA UNIVERSITY, ANDREW "AVI" LAUER,
ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP,
DOV KESSELMAN, ESQ., and EMILY MILLER, ESQ.,

                    Defendants.
-------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANT EMILY MILLER, ESQ. ONLY

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JANE DOE, by and through her attorneys, Kevin T. Mulhearn, P.C., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs, against Defendant EMILY MILLER, ESQ. only.

Dated: December 10, 2022
       Orangeburg, New York       Respectfully submitted,

                                              **KEVIN T. MULHEARN, P.C.**

                                              *Kevin T. Mulhearn /S*
                                              _____
                                              By: Kevin T. Mulhearn
                                              60 Dutch Hill Road, Suite 6B
                                              Orangeburg, New York 10962
                                              (845) 222-8092
                                              kmulhearn@ktmlaw.net

                                              *Attorneys for Plaintiff, JANE DOE*