UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE (A PSEUDONYM),
WHOSE REAL NAME IS REDACTED,

                Plaintiff,                No. 1:22-cv-05405-PKC-KHP

  —against—

YESHIVA UNIVERSITY, ANDREW "AVI" LAUER,
ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP, DOV
KESSELMAN, ESQ., and EMILY MILLER, ESQ.,

                Defendants.
------------------------------------------------------------------X

### PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION

      Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Plaintiff JANE DOE, by and through her attorneys, Kevin T. Mulhearn, P.C., hereby respectfully moves this Court to enter an Order amending the case caption to remove EMILY MILLER, ESQ. from the caption, and to approve the amended case caption in the form as as set forth below in **Exhibit A** hereto. Counsel for all of the Defendants in this action have informed Plaintiff's counsel that they consent to Plaintiff's motion.  **The basis of this motion is that Plaintiff voluntarily dismissed EMILY MILLER, ESQ. from this action pursuant to her "*Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(A)(1)(A)(i) Against Defendant Emily Miller, Esq. Only*," dated December 10, 2022, which was filed with this Court via the CM/ECF electronic filing system on December 10, 2022 (as Doc. No. 73).**   Pursuant to 28 U.S.C. § 1746, I hereby state and declare, under penalty of perjury, that the aforesaid declarative statement in bold type is true and accurate.

Dated: December 12, 2022
       Orangeburg, New York

*Kevin T. Mulhearn /S*
KEVIN T. MULHEARN

Respectfully submitted,

**KEVIN T. MULHEARN, P.C.**

*Kevin T. Mulhearn /S*
By: Kevin T. Mulhearn
60 Dutch Hill Road, Suite 6B
Orangeburg, New York 10962
(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff, JANE DOE*

---

The caption annexed as Ex. A is adopted as the caption, as amended.  Motion (Doc. 74) is GRANTED.
SO ORDERED.
Dated: 12/12/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

2 | Page

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record.

*Kevin T. Mulhearn /S*
KEVIN T. MULHEARN

Dated: December 12, 2022
Orangeburg, New York

Respectfully submitted,

**KEVIN T. MULHEARN, P.C.**

*Kevin T. Mulhearn /S*
By: Kevin T. Mulhearn
60 Dutch Hill Road, Suite 6B
Orangeburg, New York 10962
(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff, JANE DOE*

## **EXHIBIT A (PROPOSED AMENDED CAPTION)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE (A PSEUDONYM),
WHOSE REAL NAME IS REDACTED,

                        Plaintiff,                    No. 1:22-cv-05405-PKC-KHP
   —against—

YESHIVA UNIVERSITY, ANDREW "AVI" LAUER,
ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP, and
DOV KESSELMAN, ESQ.,

                       Defendants.
-------------------------------------------------------------------X