UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANE DOE,

                  Plaintiff,

                                                                             22-cv-5405 (PKC)

     -against-

                                                                             ORDER

YESHIVA UNIVERSITY, et al.,

                  Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The motions for oral argument are denied without prejudice.  The request for leave to file a sur-reply is denied as moot.  The Clerk is directed to terminate the motions (ECF 45, 69, 86).

        SO ORDERED.

                                                              P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
         September 29, 2023