*Kevin T. Mulhearn, P.C.*
*60 Dutch Hill Road, Suite 6B*
*Orangeburg, New York 10962*
*(845) 222-8092*
*kmulhearn@ktmlaw.net*

___

**VIA ECF & REGULAR MAIL**

September 30, 2023

Hon. P. Kevin Castel
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 110
New York, New York 10007

Re: *Jane Doe v. Yeshiva University, et al.*
**Case No. 1:22-cv-05405-PKC-KHP**
**Ninth Circuit *En Banc* Panel Reverses Title IX Dismissal in *Brown v. Arizona***

Dear Judge Castel:

I write to notify the Court that an *en banc* panel of the Ninth Circuit Court of Appeals, in *Brown v. Arizona*, 2023 U.S. App. LEXIS 25276, *31-43 (9th Cir. September 25, 2023) (*en banc*), has reversed the decision of its earlier three-judge panel (*Arizona v. Brown*, 23 F.4th 1173 (9th Cir. 2022)) and reversed the Arizona District Court's decision which granted the University of Arizona's summary judgment motion which dismissed a plaintiff-student's Title IX claim that was predicated on an off-campus rape committed by a fellow student-athlete. For the Court's convenience, I hereby enclose a copy of this recent decision.

The *Brown* Court held that, even though plaintiff alleged that she was raped in an off-campus house, a genuine material issue of fact existed as to whether the university had substantial control of both the alleged rapist *and substantial control of the context in which the accused rapist assaulted plaintiff. Id.* at *41-42 (emphasizing, *inter alia*, that university's student Code of Conduct and specific university rules pertaining to student-athletes—which, as here, provided that the university maintained heightened disciplinary authority over student-athletes for acts that occurred off-campus, as well as on-campus—provided the requisite Title IX connection between the school and the assault).

This precise issue—and the meaning and impact of *Brown*—has been front and center in the Title IX dispute now before this Court: *see* Yeshiva University Defendants' Memorandum of Law, dated October 17, 2022 (Doc. No. 43) at 15-16; Plaintiff's Memorandum of Law, dated October 17, 2022 (Doc. No. 60) at 16-24; Yeshiva University Defendants' Reply Memorandum of Law, dated December 6, 2022 (Doc. No. 68) at 4-5; Plaintiff's Sur-Reply Memorandum of Law, dated December 30, 2022 (Doc. No. 88) at 1-2.

2 | P a g e

Thank you for your consideration of this issue.

Very best regards,

*Kevin T. Mulhearn /S*

KEVIN THOMAS MULHEARN

KTM/mmi/encl.

CC:    Danielle C. Lesser, Esq.
           Howard Elman, Esq.
           David L. Barres, Esq.