Case 1:22-cv-05405-PKC   Document 96   Filed 12/12/23   Page 1 of 1



Danielle C. Lesser
Partner
(212) 735-8702
dlesser@morrisoncohen.com

December 11, 2023

**VIA NYSCEF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Defendants' time to file an answer is extended to January 19, 2024. The initial pretrial conference is adjourned from January 11, 2024 to March 4, 2024 at 12:00 p.m.  Call-in information is: Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 12/12/2023
>
> P. Kevin Castel
> United States District Judge

Re:   Answer and Preliminary Conference
      *Jane Doe v. Yeshiva University, Andrew "Avi" Lauer, Esq., Chaim Nissel, Seyfarth Shaw, LLP, and Dov Kesselman, Esq.*
      No. 1:22-cv-05405-PKC-KHP

Dear Judge Castel:

We write on behalf of Defendants Yeshiva University, Andrew "Avi" Lauer, and Chaim Nissel (the "Yeshiva Defendants"). We write to request an adjournment of Defendants' time to file an answer to the Amended Complaint and related adjournment of the initial conference. The initial conference before this Court is scheduled for January 11, 2024 [Dkt. No. 93].

Defendants' answer to the Amended Complaint is currently due on December 12, 2024. Defendants' request that their time to answer be extended to January 19, 2024. We respectfully make this request to accommodate prior scheduling conflicts and the workload of counsel. This is Defendants' first request for such an extension. Accordingly, Defendants also request that the Preliminary Conference currently set for January 11, 2024 be adjourned until February 5, 2024 in accordance with Rule 1.C.vii of this Court's Individual Practices. Counsel for Defendants Seyfarth Shaw, LLP and Dov Kesselman, Esq. have agreed to the above dates, and counsel for Plaintiff has consented to this request.

Respectfully submitted

Danielle C. Lesser

cc: All Counsel of Record (via ECF)

Morrison Cohen LLP  |  909 Third Avenue  |  New York, NY 10022-4784  |  P 212.735.8600  |  F 212.735.8708  |  morrisoncohen.com