

Danielle C. Lesser<br>
Partner<br>
(212) 735-8702<br>
dlesser@morrisoncohen.com

March 28, 2024

**VIA NYSCEF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

>    Re:   Possibility of Mediation Before a Private Mediator
>          *Jane Doe v. Yeshiva University, Andrew "Avi" Lauer, Esq., Chaim Nissel, Seyfarth Shaw, LLP, and Dov Kesselman, Esq.*
>          No. 1:22-cv-05405-PKC-KHP

Dear Judge Castel:

    We write on behalf of Defendants Yeshiva University ("Yeshiva"), Andrew "Avi" Lauer, and Chaim Nissel (the "Yeshiva Defendants"). We write to address Your Honor's' request at the initial conference held on March 21, 2024 to submit a letter to the Court no later than today reflecting whether the parties would agree to submit the matter to private mediation with the Plaintiff on the one hand and the Defendants on the other splitting the costs of such mediation. The next conference before the Court is a Case Management Conference scheduled for August 28, 2024.

    The parties have engaged in discussions about mediation, but have not yet been able to come to an agreement. The parties will advise the Court to the extent that this position changes.

Respectfully submitted<br><br>
Danielle C. Lesser

cc: All Counsel of Record (via ECF)