UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE (A PSEUDONYM),
WHOSE REAL NAME IS REDACTED,

                                    Plaintiff,                      No. 1:22-cv-05405-PKC-KHP

—against—

YESHIVA UNIVERSITY, ANDREW "AVI" LAUER,
ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP, and
DOV KESSELMAN, ESQ.,

                                    Defendants.
-----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii), AGAINST DEFENDANTS ANDREW "AVI" LAUER, ESQ., CHAIM NISSEL, and DOV KESSELMAN, ESQ. ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each of the parties, by and through his or her undersigned counsel, hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed, with prejudice and without costs assessed against any party to this action, against Defendants ANDREW "AVI" LAUER, ESQ., CHAIM NISSEL, and DOV KESSELMAN, ESQ. only.

This Stipulation may be executed in multiple counterparts and an electronic or facsimile signature of this document shall be given the same force and effect as an original.

Dated:    June 18, 2024
             Orangeburg, New York

**KEVIN T. MULHEARN, P.C.**

BY:  Kevin T. Mulhearn, Esq.
60 Dutch Hill Road
Suite 6B

1 | P a g e

Orangeburg, NY 10962
(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff, Jane Doe*

| **MORRISON COHEN LLP** | **ELMAN FREIBERG PLLC** |
|---|---|
| *[signature]* | |
| BY: Danielle C. Lesser, Esq. | BY: Howard I. Elman, Esq. |
| 909 Third Avenue | 950 Third Avenue |
| 27th Floor | Suite 1600 |
| New York, NY 10022 | New York, NY 10022 |
| (212) 735-8600 | (646) 780-8100 |
| dlesser@morrisoncohen.com | Helman@ef-law.com |
| *Attorneys for Defendants, Yeshiva University, Andrew "Avi" Lauer, Esq., and Chaim Nissel* | *Attorneys for Defendants, Seyfarth Shaw, LLP, and Dov Kesselman, Esq.* |

(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff, Jane Doe*


**MORRISON COHEN LLP**

BY:   Danielle C. Lesser, Esq.
909 Third Avenue
27th Floor
New York, NY 10022
(212) 735-8600
dlesser@morrisoncohen.com

*Attorneys for Defendants, Yeshiva
University, Andrew "Avi" Lauer, Esq., and
Chaim Nissel*

**ELMAN FREIBERG PLLC**

BY:  Howard I. Elman, Esq.
950 Third Avenue
Suite 1600
New York, NY 10022
(646) 780-8100
Helman@ef-law.com

*Attorneys for Defendants, Seyfarth Shaw,
LLP, and Dov Kesselman, Esq.*