UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JANE DOE (A PSEUDONYM),
WHOSE REAL NAME IS REDACTED,

                       Plaintiff,             No. 1:22-cv-05405-PKC-KHP

—against—

YESHIVA UNIVERSITY, ANDREW "AVI" LAUER,   **STIPULATION OF**
ESQ., CHAIM NISSEL, SEYFARTH SHAW, LLP, and  **DISMISSAL WITH**
DOV KESSELMAN, ESQ.,                               **PREJUDICE**

                       Defendants.
---------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by the parties through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed against all defendants, with prejudice, and without costs assessed against any party to this action;

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in multiple counterparts, and an electronic or facsimile signature of this document shall be given the same force and effect as an original.

Dated: New York, New York
       August 20, 2024

MORRISON COHEN LLP                       ELMAN FREIBERG PLLC

By: Danielle C. Lesser, Esq.                  By: Howard I. Elman, Esq.
909 Third Avenue, 27th Floor                950 Third Avenue, Ste. 1600
New York, New York 10022                  New York, New York 10022
(212) 735-8600                                   (646) 780-8100
dlesser@morrisoncohen.com                 helman@ef-law.com

*Attorneys for Defendants Yeshiva*            *Attorneys for Defendants Seyfarth Shaw,*
*University, Andrew "Avi" Lauer,*             *LLP and Dov Kesselman, Esq.*
*and Chaim Nissel*

KEVIN T. MULHEARN, P.C.

By: Kevin T. Mulhearn, Esq.
60 Dutch Hill Road, Ste. 6B
Orangeburg, NY 10962
(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff*

2